**David Wiener, trading as Wiener Lumber Company, Defendant in Error, v. American Coal and Supply Company, Plaintiff in Error.**

### Gen. No. 19,017. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ROBERT H. SCOTT, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 10, 1914.

### Statement of the Case.

Action by David Wiener, trading as Wiener Lumber Company, against American Coal and Supply Company, a corporation, to recover the contract price of wood sold by plaintiff to defendant. The case was heard by the trial court without a jury. To reverse a judgment in favor of plaintiff, defendant prosecutes a writ of error.

EDWARD J. KELLEY, for plaintiff in error.

SONNENSCHEIN, BERKSON & FISHELL, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

SALES, § 329*—*sufficiency of evidence.* In an action for the contract price of wood sold by plaintiff to defendant, the defense being that the quality was not as represented and that the defendant was entitled to a deduction of the difference between the contract price and the market price of the wood delivered, a judgment in favor of plaintiff on conflicting evidence was sustained.